# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| HAL GEORGE McKOY, ) | |
| ) | |
| MOVANT ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:09-CR-56-DBH-01 |
| ) | (CIVIL NO. 2:12-CV-347-DBH) |
| UNITED STATES OF AMERICA ) | |
| ) | |
| RESPONDENT ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 4, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2255 Motion. The movant filed his objection to the Recommended Decision on January 25, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The movant's 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence is summarily **DENIED**.

Finally, I also find at this time that no certificate of appealability should issue because there is no substantial issue that could be presented on appeal. See Fed. R. App. P. 22(b); First Circuit Local Rule 22.0.

**SO ORDERED.**

**DATED THIS 12TH DAY OF FEBRUARY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**